



# MEMORANDUM OPINION

No. 04-11-00685-CV

**IN THE INTEREST OF B.L.,** a Child

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 09-06-0476-CVA-A
Honorable Stella Saxon, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed: December 7, 2011

DISMISSED

This is an accelerated appeal from an order terminating parental rights signed on July 25, 2011. *See* TEX. FAM. CODE ANN. § 263.405. A copy of appellant's notice of appeal from the termination order was filed in this court on September 16, 2011.[1] Our records reflect that in its order signed September 2, 2011, the trial court denied appellant's motion for new trial, found that appellant is "not indigent," and found that this appeal is "not frivolous." *See id.* at § 263.405(d). Therefore, on September 16, 2011, the clerk of the court notified the appellant in writing that our records do not reflect that the filing fee in the amount of $175.00 has been paid, and that the fee was to be paid no later than September 26, 2011. The filing fee was not paid.

---

[1] Appellant's notice of appeal does not state that he is appealing the trial court's ruling on indigency. *See* TEX. FAM. CODE ANN. § 263.405(g).

On September 28, 2011, we issued a show cause order instructing appellant to respond by either paying the filing fee of $175.00 to the clerk of this court, or providing written proof that appellant is entitled to appeal without paying the filing fee, on or before October 14, 2011. *See* TEX. R. APP. P. 5, 20.1(c) (requiring the filing of a separate affidavit and proof of indigence on appeal). Appellant has failed to respond to the court's order. Therefore, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c). Costs of appeal are taxed against appellant.

PER CURIAM